**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel.: (845) 533-0155
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 98.14.253.56 <br><br> Defendant. | Civil Action No. 1:18-cv-06985-AMD-VMS <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> *Filed Electronically* |

**TO:   THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Notice is hereby given that, subject to approval by the court, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") substitutes John C. Atkin, Esq., State Bar No. 4970711, of The Atkin Firm, LLC, as counsel of record in place of Shireen Nasir, Esq., of Fox Rothschild, LLP.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Atkin Firm, LLC |
| Address: | 400 Rella Blvd., Ste. 165, Suffern, NY 10901 |
| Telephone: | (845) 533-0155 |
| Facsimile: | (833) 693-1201 |
| E-Mail (Optional): | JAtkin@atkinfirm.com |

I consent to the above substitution.

Date:   April 26, 2019

_____
Emilie Kennedy
General Counsel for Plaintiff
Strike 3 Holdings, LLC

I consent to the above substitution.

Date:   April 29, 2019

_____
Shireen Nasir, Esq.
Former Attorney

I consent to the above substitution.

Date:   April 26, 2019

*/s/ John C. Atkin*
John C. Atkin, Esq.
New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Date:

_____
Hon. Ann M. Donnelly